# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANAA HAMMOU,<br><br>　　　　　Plaintiff,<br>　v.<br><br>USCIS,<br><br>　　　　　Defendant. | CASE NO. C17-5260JLR<br><br>ORDER DISMISSING ACTION WTIHOUT PREJUDICE |

On September 21, 2017, the court ordered Plaintiff Sanaa Hammou to show cause why this action should not be dismissed for failure to serve Defendant with a summons and copy of the complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m). (OSC (Dkt. # 9).) The court ordered Plaintiff to respond within ten days and warned Plaintiff that a failure to demonstrate good cause for the failure to comply with Rule 4(m) would result in dismissal of the action without prejudice. (*Id.* at 2.) More than ten days have passed since the court issued its order, and Plaintiff has failed to respond. (*See generally* Dkt.) Accordingly, the court DISMISSES Plaintiff's

ORDER - 1

complaint without prejudice for failure to demonstrate good cause for Plaintiff's failure to comply with Rule 4(m).

Dated this 4th day of October, 2017.

JAMES L. ROBART
United States District Judge